In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00131-CV**
_____

**IN THE INTEREST OF J.D.H.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-216,434-B**

**MEMORANDUM OPINION**

On May 9, 2018, we notified the parties that the appeal would be dismissed unless the fee had been paid for the clerk's record. Appellant did not respond to this Court's notice. Appellant did not file an affidavit of indigence and is not entitled to proceed without payment of costs. *See* Tex. R. Civ. P. 145; *see also* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

                                       _____

LEANNE JOHNSON
Justice

Submitted on June 27, 2018
Opinion Delivered June 28, 2018

Before Kreger, Horton, and Johnson, JJ.